IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

JACQUELINE SOUEL DOWNEY
Ohio Atty. Reg. No. 0022818
RESPONDENT

Case No. : 1:06-MC-086
Chief Judge Susan J. Dlott

ORDER OF ELIGIBILITY FOR REINSTATEMENT

It appearing to the Court that on December 15, 2011, the Supreme Court of Ohio has entered an Order that Jacqueline Souel Downey be reinstated to the practice of law in Ohio pursuant to Rule V, Section (10)(F) of the Supreme Court Rules for the Government of the Bar of Ohio.

**NOW, THEREFORE,** in accordance with Rule VII (C) of the Model Federal Rules of Disciplinary Enforcement, adopted by this Court on February 1, 1979. **IT IS ORDERED** that the Clerk notify respondent that she may seek reinstatement to the practice of law in the United States District Court for the Southern District of Ohio.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order and the Order of the Supreme Court of Ohio to be served on said Jacqueline Souel Downey by certified mail, return receipt requested, at 54 Woodland Avenue, Columbus, Ohio 43203, and publish this Order to this Court's official website.

**IT IS SO ORDERED.**

*Susan J. Dlott*
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio